# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| United States of America<br>v.<br><br>__Johnathan Buma__<br>*Defendant* | )<br>)<br>)  Case No.  25-MJ-1553<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

    I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

    I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date:  **4/4/2025**

*[signature]*
*Defendant's signature*

*/s/ Mark Geragos*
*Signature of defendant's attorney*

---

I have translated this Waiver of Preliminary Hearing to the defendant in the _____ language.

Date:_____

_____
Signature of Interpreter

CR-110 (06/12)        Waiver of a Preliminary Hearing